**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 05-1788

BASHKIM ALIMADHI,

Petitioner,

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL,

Respondent.

ON PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS

Before

Boudin, Chief Judge,

Torruella and Lipez, Circuit Judges.

Emmanuel N. Papanickolas on brief for petitioner.
William J. Schneider, Assistant United States Attorney, and
Paula D. Silsby, United States Attorney, on brief for respondent.

April 14, 2006

**Per Curiam**.  Bashkim Alimadhi is an Albanian national who entered the United States on a fraudulent passport and visa in March 2001.  In removal proceedings begun a year later, Alimadhi conceded removability but sought asylum and withholding of removal because of persecution based on his political opinions.  8 U.S.C. § 1101(a)(42) (2000); 8 C.F.R. § 208.13 (2006).  The immigration judge ("IJ") held a hearing and denied relief in an order summarily affirmed by the Board of Immigration Appeals.

Alimadhi was born in 1968 in Albania during the rule of Enver Hoxha, a Communist dictator.  The regime was overthrown in 1991 and the Democratic Party of Albania ruled the country until 1997.  Then, after another period of upheaval, the Socialist Party of Albania rose to power and has ruled ever since.  Alimadhi is affiliated with an opposition party, the National Front Party ("PBK"), which has a few legislative seats.

To support his claim of past and future persecution, Alimadhi described four incidents of alleged persecution at the hearing in front of the IJ.  Two of the incidents were not mentioned when Alimadhi was initially interviewed by an asylum officer.  A third incident--an alleged beating of Alimadhi by police in July 1997--occurred during a period when Alimadhi had told the asylum officer he was in Greece.  Two of the alleged incidents were not mentioned in Alimadhi's written (and sworn) asylum application.

The IJ found Alimadhi not to be credible as to his description of alleged past persecution--a reasonable conclusion to which we defer. Bojorques-Villanueva v. INS, 194 F.3d 14, 16 (1st Cir. 1999). Past incidents aside, Alimadhi's main basis for his alleged fear of future persecution is his claim that the present ruling Socialist Party of Albania will persecute him because he belongs to an opposition party. The inference is at odds with State Department reports as to political conditions in Albania today; other of Alimadhi's family members, who belong to his own party, reside peacefully in Albania.

The IJ's conclusion that Alimadhi has not established a reasonable fear of future persecution is so clearly supported by substantial evidence as to make detailed discussion unnecessary. With that conclusion, Alimadhi's further claim for withholding of removal also fails. Aguilar-Solis v. INS, 168 F.3d 565, 569 n. 3 (1st Cir. 1999). So, too, does Alimadhi's additional claim for relief under the Convention Against Torture. 8 C.F.R. § 208.16(c).

The petition for review is denied.